# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 131 MM 2020 |
| | : | |
| v. | : | |
| | : | |
| JOHN SKOPINSKI | : | |
| | : | |
| PETITION OF: STUART WILDER, ESQUIRE | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of October, 2020, as it appears that this Court's Prothonotary was mistaken in concluding that Stuart Wilder, Esquire, presently represents John Skopinski, the "Application to Withdraw Appearance as Counsel" is DISMISSED.

     The Prothonotary is DIRECTED to process the previously submitted *pro se* filing in the normal course, including issuing any defect-correction notice.